IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID K. REIMERS                                                                                      PLAINTIFF

v.                                                          Civil No. 06-5128

BENTON COUNTY JAIL, UNIDENTIFIED
GUARD # 1, UNIDENTIFIED GUARD #2,
DEPUTY WILLIAM BLACKMON, DEPUTY
BARR, DEPUTY PATTERSON, and SGT.
CULOTTA                                                                                                DEFENDANTS

**O R D E R**

On November 17, 2006, plaintiff was ordered to complete, sign, and return an addendum to his complaint to this court by December 15, 2006. (Doc. 5). However, on December 8, 2006, said addendum was returned and marked undeliverable. Having entered a change of address notice on December 13, 2006, and directing the clerk's office to remail to plaintiff any pleadings or correspondence which may have been returned as undeliverable, the undersigned hereby grants plaintiff **until January 2, 2007**, to complete, sign, and return the addendum to this court. **Plaintiff is advised that should he fail to return the completed and executed addendum by January 2, 2007, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 13th day of December 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

1