IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID K. REIMERS**                                                                     **PLAINTIFF**

**v.**                          **Civil No. 06-5128**

**BENTON COUNTY JAIL;**
**UNIDENTIFIED GUARD #1;**
**UNIDENTIFIED GUARD #2;**
**DEPUTY WILLIAM BLACKMON;**
**DEPUTY BARR; DEPUTY**
**PATTERSON; and SGT. CULOTTA**                                                          **DEFENDANT**

**O R D E R**

Now on this 16th day of February, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #7, filed January 26, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **plaintiff's claims are hereby dismissed and this case is closed.**

**IT IS SO ORDERED.**

                                                   /s/Jimm Larry Hendren
                                                   HON. JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT JUDGE